

FILED

06/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0284

STATE OF MONTANA,

    Plaintiff and Appellee,

    v.

INESSA VICTORIA HALL, a/k/a
INNA VIKTOROVNA POSTOLNIKOVA,
a/k/a NESSA CHRISMAN,

    Defendant and Appellant.

**FILED**

JUN 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for the Appellant Inessa Victoria Hall filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Hall was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised on direct appeal in Hall's case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Hall personally.

DATED this 15 day of June, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2